UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**WELLS FARGO BANK, N.A().**                                **PLAINTIFF**

vs.                        **CIVIL ACTION NO. 1:13 cv00247-HSO-RHW**

**THE MOVERS, INC.; CYNTHIA J. WING;
and JOSEPH A. JONES**                                        **DEFENDANTS**

## JUDGMENT

**BE IT REMEMBERED** that this matter came before the Court on the WELLS FARGO BANK, N.A., ("Wells Fargo"), *Renewed* Motion for Default Judgment as to two (2) of the Defendants: THE MOVERS, INC., and MS. CYNTHIA J. WING, individually. Finding that this Court has both subject matter jurisdiction and personal jurisdiction over this action, the Court finds that said motion is well taken.

**IT IS ORDERED AND ADJUDGED that JUDGMENT** is hereby entered against separate Defendants, The Movers, Inc., and Cynthia J. Wing, individually, jointly and severally, and in favor of Wells Fargo Bank, N.A., in the amount of **$177,650.85** with interest to accrue in accord with the Note at a rate of 7.17% ($33.53 per diem) until paid in full.

**SO ORDERED AND ADJUDGED** this 19th day of September, 2013.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

   s/Stephen F. Schelver
G. Dewey Hembree, III (MSB No. 2247)
Stephen F. Schelver (MSB No. 101889)
**McGlinchey Stafford, PLLC**
Post Office Drawer 22949
Jackson, Mississippi 39225-2949
Telephone: (769) 524-2300
Facsimile: (769) 524-2331
ghembree@mcglinchey.com
sschelver@mcglinchey.com
*Attorneys for Wells Fargo Bank, N.A.*